## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| OMNILINK SYSTEMS, INC., | |
| | |
| Plaintiff/Counter-Defendant, | CIVIL ACTION |
| | FILE NO. 1:15-cv-03181-SCJ |
| v. | |
| | |
| NEXUS PROGRAMS INC., *et al*. | |
| | |
| Defendants. | |
| _____ | |
| NEXUS SERVICES, INC., | |
| | |
| Counter-Plaintiff/ | |
| Third-Party Plaintiff, | |
| | |
| v. | |
| | |
| NUMEREX CORPORATION, | |
| | |
| Third-Party Defendant. | |
| _____ | |

## <u>JOINT MOTION TO STAY</u>

COME NOW, the Parties to the above-styled action and request that this Honorable Court enter an Order staying this case until June 6, 2016 to permit the Parties to perform certain terms of the settlement entered into in this matter.

In support of this Motion, movants show the following:

1

1.

The Parties entered into a confidential Settlement Agreement in this case on April 28, 2016.

2.

The Settlement Agreement requires the Parties to seek a temporary stay of the matter until certain preliminary terms of the Settlement Agreement are satisfied by May 30, 2016.

3.

If the preliminary terms of the Settlement Agreement are satisfied, the Parties will promptly file a Notice of Dismissal with Prejudice.

4.

In the interest of efficiency and judicial economy, the Parties wish to stay all ongoing litigation in the matter until June 6, 2016, rather than incur additional fees and expenses.

5.

The Parties also do not desire to waste this Court's judicial resources addressing pending Motions and other requested actions inasmuch as it is expected that the preliminary terms of the Settlement Agreement will be satisfied and a Notice of Dismissal with Prejudice will be filed in June 2016.

6.

The Parties make this Motion in good faith and with no intention to improperly delay any aspect of the judicial process.

WHEREFORE, the Parties respectfully request the attached Consent Stay Order be executed by this Honorable Court.

Respectfully submitted, this 6th day of May, 2016.

CONSENTED TO BY:

**WONG FLEMING**                            **GORBY, PETERS & ASSOCIATES, LLC**

*/s/Tacita A. Mikel Scott*                   */s/Mary Donne Peters*
Tacita A. Mikel Scott                        Michael J. Gorby
Georgia Bar No. 632283                       Georgia Bar No. 301950
E-mail: tscott@wongfleming.com               E-Mail: mgorby@gorbypeters.com
                                             Mary Donne Peters
Attorney for Plaintiff                       Georgia Bar No. 573395
                                             E-mail: mpeters@gorbypeters.com
2000 RiverEdge Parkway                       Amy C. M. Burns
Suite 500                                    Georgia Bar No. 425851
Atlanta, Georgia 30328                       E-mail: aburns@gorbypeters.com
Telephone:  (404) 848-0115                   Will Martinez
Facsimile:  (404) 848-0883                   Georgia Bar No. 162009
                                             E-mail: wmartinez@gorbypeters.com

                                             Two Ravinia Drive, Suite 1500
                                             Atlanta, GA 30346-2104
                                             Telephone:  (404) 239-1150
                                             Facsimile:  (404) 239-1179

## **<u>CERTIFICATION</u>**

Counsel hereby certifies that the text of this document has been prepared with Times New Roman 14 point, one of the fonts and point selections approved by the Court in Local Rule 5.1B.

This the 6th day of May, 2016.

**GORBY, PETERS &
ASSOCIATES, LLC**

*/s/Mary Donne Peters*
Mary Donne Peters
Georgia Bar No. 573395

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing **CONSENT MOTION TO STAY** has been served upon the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

> Tacita A. Mikel Scott (tscott@wongfleming.com)
> Wong Fleming
> 2000 RiverEdge Parkway
> Suite 500
> Atlanta, Georgia 30328

This the 6th day of May, 2016.

> **GORBY, PETERS & ASSOCIATES, LLC**
>
> */s/Mary Donne Peters*
> Mary Donne Peters
> Georgia Bar No. 573395