IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

OMNILINK SYSTEMS, INC.,
    Plaintiff/Counter-Defendant,

v.

NEXUS PROGRAMS, INC., et al.,
    Defendants.

NEXUS SERVICES, INC.
    Counter-Plaintiff/
    Third-Party Plaintiff,

v.

NUMEREX CORPORATION,
    Third-Party Defendant.

CIVIL ACTION FILE
NO. 1:15-CV-3181-SCJ

## ORDER

This matter is before the Court on the Parties' joint motion stay the case until June 6, 2016 in order to permit the Parties to perform certain terms of the settlement agreement [Doc. No. 59]. The Parties' motion is hereby **GRANTED**.

It is further **ORDERED** that this action be **DISMISSED** without prejudice to the right, upon good cause shown within sixty (60) days to reopen the action if settlement is not consummated. The Clerk is **DIRECTED** to **ADMINISTRATIVELY TERMINATE** this action. If this matter is not reopened by the parties within sixty (60) days it will be deemed to have been dismissed with prejudice.

**IT IS SO ORDERED**, this 9th day of May, 2016.

_____
STEVE C. JONES
UNITED STATES DISTRICT JUDGE